IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHENICA N. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| FOUNTAINBLEAU MANAGEMENT | ) | 2: 05CV 894-B |
| SERVICES, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### I. PRELIMINARY STATEMENT

1.    The plaintiff, Shenica Nicole Henderson, brings this action to recover

penalties and taxes for her employer's failure to comply with the notice provisions under the

Consolidated Omnibus Budget Reconciliation Act (COBRA) 29 U.S.C. § 1162 et seq.

### II. JURISDICTION AND VENUE

2.    Jurisdiction over plaintiff's claims is conferred on this Court pursuant to 29

U.S.C. § 1132, 28 U.S.C. § 1331 and 28 U.S.C. § 1343 and 28 U.S.C. §§ 2201 and 2202.

### III. PARTIES

3.    Plaintiff, Shenica Nicole Henderson, [hereinafter "Plaintiff"], is a female

and a resident citizen of Prince George County, Virginia.  Plaintiff was employed by Defendant

and resided in Montgomery County, Alabama when the actions of which she complains took

place and voluntarily avails herself of the jurisdiction of this Court.

4.    Defendant, Fountainbleau Management Services, L.L.C. [hereafter,

"Defendant"] is a Louisiana Limited Liability Company existing pursuant to and by virtue of the

Constitution and Laws of the State of Louisiana.  At all times relevant, Defendant was

unqualified to do business in Alabama, however was in fact conducting business within Montgomery County, Alabama and is subject to the jurisdiction of this Court.

## IV. VENUE

5.    The events which give rise to this lawsuit all occurred in Montgomery County, Alabama where Plaintiff was employed with Defendant from March 2003 through October 31, 2003.

## V.  STATEMENT OF FACTS

6.    Plaintiff became employed with Defendant on May 9, 2003 and worked as a leasing agent at Jackson Square Apartments for Defendant until she was terminated by property manager, Ron Hidalgo on October 31, 2003.

## COUNT ONE
## COBRA VIOLATIONS

7.    Plaintiff adopts paragraphs 1-6, above, as if set out in full herein. There existed an employer-employee relationship between Plaintiff and Defendant.

8.    Defendant was Plaintiff's employer and a plan sponsor of a group health insurance plan and employed more than 20 employees at all relevant times.

9.    Plaintiff participated in Defendant's group health insurance plan.

10.    Upon Plaintiff's termination, Defendant failed to give proper written notice to Plaintiff of her COBRA rights.

11.    Defendant's failure to give Plaintiff notice has never been corrected and constitutes a willful neglect, and there is no reasonable cause for Defendant's failure to give notice.

12.    Plaintiff seeks legal penalties and taxes for maximum allowed by law,

prejudgement interest, attorney fees, costs and any and all such other relief this Court or the trier

of fact may assess.

Respectfully submitted,

Kenneth D. Haynes
State Bar No.: 6190-H36K
Priscilla Black Duncan
State Bar No.: 4706-D65P

Attorneys for Plaintiff

**OF COUNSEL:**

Kenneth D. Haynes, Esq.
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
(205) 879-0377

Priscilla Black Duncan, Esq.
**P.B. DUNCAN & ASSOCIATES**
472 South Lawrence Street, Suite 204
Montgomery, AL 36104

**DEFENDANT'S ADDRESS:**

Fountainbleau Management Services, LLC
c/o Ms. Sherry Kenner
1302 Adrian Street
New Iberia, LA 70560

3