IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHENICA N. HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| FOUNTAINBLEAU MANAGEMENT SERVICES, L.L.C., | ) 2:05cv894-B |
| Defendant. | ) |

## SUMMONS

**TO DEFENDANT:**

Fountainbleau Management Services, LLC
c/o Ms. Sherry Kenner
1302 Adrian Street
New Iberia, LA  70560

You are hereby summoned and required to serve upon plaintiff's attorney(s): **Kenneth D. Haynes, Esq., Haynes & Haynes, P.C., 1600 Woodmere Drive, Birmingham, Alabama 35226**, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 9/28/05

DEBRA HACKETT, CLERK

By: _____
Deputy Clerk

SEE PAGE TWO FOR RETURN
NOTE: A separate summons must be
      prepared for each defendant.

(SEAL OF COURT)