| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cynthia Porter_   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Cynthia Porter   C. Date of Delivery: 10/3/05 |
| 1. Article Addressed to:<br><br>Fountainbleau Management<br>     Services, LLC<br>c/o Ms. Sherry Kenner<br>1302 Adrian Street<br>New Iberia, LA   70560 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:05CV894-B<br>STC |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0001 9885 2859 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540