IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHENICA N. HENDERSON,<br><br>　　Plaintiff,<br><br>-vs-<br><br>FOUNTAINBLEAU MANAGEMENT SERVICES, L.L.C.,<br><br>　　Defendant. | Case No. 2:05-cv-894-B |

# ANSWER ON BEHALF OF DEFENDANT FOUNTAINBLEAU MANAGEMENT SERVICES, L.L.C. TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, Fountainbleau Management Services, L.L.C. (hereinafter referred to as ("Defendant"), by and through its counsel of record, and responds separately and severally, to the Plaintiff's *Complaint* as follows:

## I. PRELIMINARY STATEMENT

1.　This Defendant denies that it engaged in any wrongdoing and denies that Plaintiff is entitled to any relief as to the claims stated in the *Complaint*.

## II. JURISDICTION AND VENUE

2.　This Defendant does not contest subject matter jurisdiction. However, this Defendant denies any wrongdoing and denies that Plaintiff is entitled to any relief as those claims are stated in the *Complaint*.

## III. PARTIES

3.　Based on information and belief, Defendant admits Plaintiff presently resides in Virginia and resided in Montgomery, Alabama during the relevant time period at issue in this matter.

4.　This Defendant denies the allegations as contained in paragraph 4 of Plaintiff's *Complaint*.

## IV. VENUE

5.　This Defendant admits venue is proper in this Court but denies that all actions complained of occurred or would have occurred in Montgomery, Alabama.

## STATEMENT OF FACTS

6. This Defendant admits the allegations of paragraph 6.

## COUNT ONE
## COBRA VIOLATIONS

7. This Defendant hereby restates and adopts by reference as though set forth fully herein responses to paragraphs 1 through 6 of Plaintiff's *Complaint*.

8. This Defendant admits the allegations of paragraph 8.

9. This Defendant admits the allegations of paragraph 9.

10. This Defendant denies the allegations of paragraph 10.

11. This Defendant denies the allegations of paragraph 11.

12. This Defendant denies that Plaintiff is due any legal penalties or taxes under the pertinent COBRA laws and further denies that Plaintiff has standing or is otherwise allowed to recover prejudgment interest, attorney fees, costs or any other monetary relief.

## FIRST AFFIRMATIVE DEFENSE

Defendant denies each allegation not specifically admitted herein and demands strict proof of same.

## SECOND AFFIRMATIVE DEFENSE

Defendant avers that the Complaint fails to state a cause of action entitling Plaintiff to relief.

## THIRD AFFIRMATIVE DEFENSE

Defendant denies Plaintiff has been wronged and denies she is entitled to any relief.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts that Plaintiff's Complaint is barred by the doctrines of res judicata and claim preclusion.

## FIFTH AFFIRMATIVE DEFENSE

Defendant avers that Plaintiff engaged in gross misconduct and therefore was not due notice pursuant to COBRA regulations.

- 3 -

### SIXTH AFFIRMATIVE DEFENSE

Due to her gross misconduct, Plaintiff's termination was not a "qualifying event" for purposes of COBRA notification.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant's conduct did not constitute willful neglect.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate her damages.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff did not suffer economic damages.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff waived her right to bring this claim by failing to assert it in her original lawsuit against Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

Assuming Plaintiff's termination was a "qualifying event", Defendant's failure to provide COBRA notice was based on excusable neglect.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the doctrine of laches.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the statute of limitations.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the doctrine of waiver.

Respectfully Submitted this 24th day of October, 2005.

/s/ Elizabeth Brannen Carter
ELIZABETH BRANNEN CARTER (3272-C-38-E)
RANDALL MORGAN (8350-R-70-R)
JAYNE L. HARRELL (6544-Y-85-H)
ATTORNEYS FOR DEFENDANT
FOUNTAINBLEAU MANAGEMENT SERVICES, L.L.C.

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101-0116
(334) 834-7600 phone
(334) 832-7419 facsimile
ECarter@HillHillCarter.com
RMorgan@HillHillCarter.com
JHarrell@HillHillCarter.com

## CERTIFICATE OF SERVICE

I Hereby Certify that I have this date served a true and correct copy of the foregoing *Answer* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to: Priscilla Black Duncan, Esquire (helzphar@mindspring.com) and Kenneth D. Haynes (kdhaynes@haynes-haynes.com), this the 24th day of October, 2005.

/s/ Elizabeth Brannen Carter

Of Counsel